IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -4 A 8 43

CLERK

MELTON LEE MOORE, JR.,

Petitioner,

v.   :   CIVIL ACTION NO. CV205-025

JOHN TERWILIGER, Warden,

Respondent.

## ORDER

Respondent has moved to dismiss Petitioner's action which was brought pursuant to 28 U.S.C. § 2254. Respondent asserts that Petitioner's Motion is untimely under the Anti-Terrorism and Effective Death Penalty Act of 1996.

Petitioner is hereby **ORDERED** to file any objections to the Respondent's motion for a dismissal, or to otherwise inform the court of his decision not to object to Respondent's motion within twenty (20) days of the date of this Order. Should Petitioner not timely respond to Respondent's motion, the Court will determine that there is no opposition to the motion and grant the motion as unopposed.

**SO ORDERED**, this _4th_ day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 2:05-cv-00025
Date Served: May 4, 2005
Served By:

Attorneys Served:

Paula K. Smith, Esq.
Chad Eric Jacobs, Esq.
Melton Lee Moore Jr.

____ Copy placed in Minutes

____ Copy given to Judge

____ Copy given to Magistrate