IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MELTON LEE MOORE, JR.,

 Petitioner,

v.

JOHN TERWILIGER, Warden,

 Respondent.

CIVIL ACTION NO. CV205-025

## ORDER

Respondent filed a Motion to Dismiss Petitioner's action which was brought pursuant to 28 U.S.C. § 2254, asserting, *inter alia*, that the petition is untimely. By Order dated May 4, 2005, Petitioner was allowed a period of twenty (20) days to file any objections to the Respondent's Motion to Dismiss. Petitioner was advised that if he did not respond to Respondent's motion, the Court would determine that he had no opposition to the motion and grant the motion as unopposed. Petitioner has failed to file a response. Accordingly, Respondent's unopposed Motion to Dismiss is **GRANTED**. The petition was not timely filed, and it is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 8th day of July, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)